STATE v. CHADWICK

No. 173P02

Case below: 149 N.C. App. 200

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

STATE v. CLAYTON

No. 270P02

Case below: 149 N.C. App. 973

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 June 2002.

STATE v. CONAWAY

No. 389A92-3

Case below: Richmond County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Richmond County, denied 27 June 2002. Motion by defendant to hold consideration of petition for writ of certiorari in abeyance dismissed as moot 27 June 2002.

STATE v. CROCKETT

No. 639P01

Case below: 146 N.C. App. 749

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

STATE v. DIXON

No. 262A02

Case below: 150 N.C. App. 46

Petition by Attorney General for writ of supersedeas and motion for temporary stay allowed 29 May 2002.